**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David ALONZO, Defendant–Appellant.**

No. 15–10596
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 3, 2015.

David Alonzo, Pollock, LA, pro se.

Before HIGGINBOTHAM, SMITH, and OWEN, Circuit Judges.

PER CURIAM: *

David Alonzo, federal prisoner # 44847–177, seeks leave to proceed *in forma pauperis* ("IFP") on appeal of the denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence based on retroactive amendment 782 to U.S.S.G. § 2D1.1. By moving to proceed IFP, Alonzo is challenging the district court's certification that his appeal was not taken in good faith because it is frivolous. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir.1997).

Under § 3582(c)(2), a sentence may be modified if it is based on a sentencing range that subsequently was lowered by the Sentencing Commission. The district court did not err in concluding that Alon-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

zo's range was not lowered by amendment 782.

Alonzo has failed to show that he will raise a nonfrivolous issue on appeal. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983). Accordingly, the motion to proceed IFP is DENIED, and the appeal is DISMISSED. *See Baugh,* 117 F.3d at 202 n. 24; 5TH CIR. R. 42.2.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.